1 | MICHAEL R. MARRINAN (SBN 90484)
Attorney at Law
2 | Law Offices of Michael R. Marrinan
614 Fifth Avenue, Suite D
3 | San Diego, CA 92101
Telephone: (619) 238-6900
4 | Facsimile: (619) 515-0505

5 | Attorney for Plaintiff

FILED
2007 DEC 19 AM 11:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KNH_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANDREW CHASE,

Plaintiff,

vs.

BRIAN D. KENNEDY
and DOES 1-20,

Defendants.

Case No. 07 CV 2374 JLS LSP

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

1. 42 U.S.C. § 1983 – Civil Rights Violations

Plaintiff alleges:

## JURISDICTION

1. This is a lawsuit for money damages and is brought pursuant to 42 U.S.C. § 1983, et seq., and the Fourth Amendment to the United States Constitution, for personal injuries and violation of constitutional rights by defendant Brian D. Kennedy who was working and on duty as an officer for the California Highway Patrol at the time of this incident. Jurisdiction is founded on 28 U.S.C. Section 1331 and 1343 and the aforementioned constitutional and statutory provisions.

///
///
///
///

1

**ORIGINAL**

## GENERAL ALLEGATIONS

2. Plaintiff is and was at all material times mentioned herein a resident of the County of San Diego, State of California.

3. At all times mentioned herein defendant Kennedy was an employee of the State of California and a member of the California Highway Patrol and in doing the acts hereinafter described acted within the course and scope of his employment. The acts of all defendants and each of them, were also done under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California. The individual defendant named above and DOES 1 through 10 are sued individually and in their capacities as employees of the State of California.

4. The true names or capacities whether individual, corporate, associate or otherwise, of defendants named herein as DOES 1 through 20 are unknown to Plaintiff, who therefore sues said defendants by said fictitious names. Plaintiff will amend this complaint to show said defendants' true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that all defendants sued herein as DOES are in some manner responsible for the acts and injuries alleged herein.

5. Plaintiff is informed and believes and therefore alleges that at all times mentioned herein defendant Kennedy was the agent, servant and employee of the State of California and was, in doing the acts herein alleged, acting within the course and scope of this agency and/or employment and with the permission, consent and authority of his employer and that Plaintiffs' injuries were proximately caused by the actions of defendant Kennedy and DOES 1-20.

## FACTUAL ALLEGATIONS

6. On or about July 5, 2006, defendant Brian Kennedy arrested plaintiff Andrew Chase for driving under the influence of alcohol. At the time of the arrest defendant Kennedy was working in his capacity as a California Highway Patrol officer. Officer Kennedy handcuffed Mr. Chase and transported him to the Vista Detention Facility.

7. On the way into the jail words were exchanged between Officer Kennedy and Mr. Chase. Mr. Chase was still handcuffed behind his back at the time. Officer Kennedy became angry. He grabbed Mr Chase and violently threw him down, kneed him and forced his face against a wall. Mr. Chase was unable to break his fall due to the handcuffs. He sustained several injuries, including bruised ribs, a bloody injury to his arm, a large bruise to his leg and a chipped front tooth.

8. This assault and excessive use of force was completely unnecessary and unjustified. Defendant Kennedy was retaliating for words spoken by plaintiff, speech which is fully protected by the First Amendment.

9. These unlawful acts and defendant's use of excessive force were caught on video tape. Defendant Kennedy wrote a false police report which did not accurately reflect what really happened in this incident.

10. As a result the unlawful acts and use of excessive force against plaintiff, Defendant Kennedy was charged criminally with felony violations. He was also charged with filing a false police report. Ultimately, Mr. Kennedy pled guilty to misdemeanor criminal violations of assault on Mr. Chase and filing a false police report. He was placed on probation with several conditions imposed.

## FIRST CAUSE OF ACTION

[42 U.S.C. § 1983 Constitutional Violations--
Unlawful Search and Seizure and Excessive Force]

11. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 10 above as though fully set forth herein.

14. As a result of the acts alleged above, particularly the unjustified and unnecessary use of force on Plaintiff, Defendant Kennedy used unreasonable, unjustified and excessive force upon Plaintiff. This unreasonable and excessive force constituted an unlawful seizure, in violation of Plaintiff's constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983 in an amount to be proven at trial.

20. As a further result of the acts alleged above, particularly the act of assaulting plaintiff and writing a false police report in retaliation for plaintiff's lawful exercise of his First Amendment rights, defendant Kennedy retaliated against plaintiff in violation of his constitutional rights as guaranteed by the First Amendment to the United States constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, et seq. in an amount to be proven at trial.

21. As a further result of the acts alleged above, particularly the act of filing a false police report as described above which caused Plaintiff to be charged with a false criminal violation, Plaintiff suffered a false and/or malicious prosecution, in violation of his right against unreasonable seizures as guaranteed by the Fourth Amendment and/or his right to due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, et seq. in an amount to be proven at trial.

15. As a proximate result of the acts alleged above, Plaintiff was injured in mind and body. Plaintiff suffered bruised ribs, an injured and bloody arm, an injured leg and a chipped front tooth. Plaintiff also suffered severe emotional distress as a result of the unlawful and unreasonable acts of defendant and his use of excessive force. Plaintiff incurred medical expenses and other expenses and damages as well. Plaintiff is therefore entitled to general and compensatory damages in an amount to be proven at trial.

16. In committing the acts alleged above, Defendant Kennedy acted maliciously and/or was guilty of a wanton and reckless disregard for the rights, feelings and safety of Plaintiff, and by reason thereof Plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against defendants and each of them as follows:

1. For general and compensatory damages against defendants and each of them in an amount to be proven at trial;

    2. For exemplary and punitive damages against Defendant Kennedy in an amount to be proven at trial;

    3. For costs of suit herein, including reasonable attorneys fees pursuant to 42 U.S.C. § 1988; and

    4. For such other relief as the Court deems proper.

Dated: December 19, 2007

MICHAEL R. MARRINAN
Attorney for Plaintiff

Plaintiff hereby demands a jury trial in this action.

Dated: December 19, 2007

MICHAEL R. MARRINAN
Attorney for Plaintiff

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

ANDREW CHASE

**(b)** County of Residence of First Listed Plaintiff __San Diego__
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael R. Marrinan, Esq.
614 Fifth Ave., Ste. D
San Diego, CA 92101   619-238-6900

**DEFENDANTS**
BRIAN D. KENNEDY
and DOES

FILED
2007 DEC 19 AM 11:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
07 CV 2374 JLS LSP

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1983
Brief description of cause: Fourth Amendment Violation-Excessive Force; First Amendment Violation-Retaliation

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMANDS Damages according to proof
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 12/18/07
SIGNATURE OF ATTORNEY OF RECORD   Michael M———

**FOR OFFICE USE ONLY**
RECEIPT # 145711   AMOUNT $350   12/19/07 BY   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 145711      - BH

       December 19, 2007
           11:43:16


        Civ Fil Non-Pris
   USAO #.: 07CV2374 CIVIL FILING
   Judge..: JANIS L. SANMARTINO
   Amount.:              $350.00 CK
   Check#.: BC# 1936



        Total-> $350.00



   FROM: CIVIL FILING
         CHASE V. KENNEDY
```