Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 19 AM 11: 44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _KWH_ DEPUTY

ANDREW CHASE,

    Plaintiff,

vs

BRIAN D. KENNEDY and DOES 1-20,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

**'07 CV 2374 JLS LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael R. Marrinan
Attorney at Law
614 Fifth Ave., Ste. D
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HEMBY

DEC 19 2007

By _____, Deputy Clerk         DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)