MICHAEL R. MARRINAN (SBN 90484)
Attorney at Law
Law Offices of Michael R. Marrinan
614 Fifth Avenue, Suite D
San Diego, CA 92101
Telephone: (619) 238-6900
Facsimile: (619) 515-0505

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHASE,<br><br>   Plaintiff,<br><br>   vs.<br><br>BRIAN D. KENNEDY<br>and DOES 1-20,<br><br>   Defendants. | Case No. 07cv2374-JLS (LSP)<br><br>**MOTION FOR VOLUNTARY DISMISSAL** |

Plaintiff, through counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 41(a), for a voluntary dismissal of this matter, without prejudice. No defendant has been served or has appeared in this matter.

Dated: May 6, 2008

>   **/s/ Michael R. Marrinan**
>   Attorney for Plaintiff
>   E-mail: mrmarrinan@aol.com