# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHASE,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN D. KENNEDY<br>and DOES 1-20,<br><br>    Defendants. | Case No. 07cv2374-JLS (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Court having considered Plaintiff's motion for voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that this case is dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

**DATED: May 8, 2008**

_____
**Honorable Janis L. Sammartino
United States District Judge**

1